## Alexander NEWBORN *v.* STATE of Arkansas

CR 04-989                                             194 S.W.3d 770

Supreme Court of Arkansas
Opinion delivered October 7, 2004

*Alan Le Var*, for appellant.

No response.

PER CURIAM. Appellant Alexander Newborn, by and through his attorney, Alan LeVar, has filed a motion for rule on the clerk. Attorney LeVar states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (*per curiam*).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.